**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PNC BANK, NA,

      Plaintiff,

v.                                       Case No. 6:13-cv-503-Orl-37GJK

IPRO PROPERTIES, INC.; HEMANT R.
DESAI; and PARESHA H. DESAI,

      Defendants.

---

**ORDER**

This cause is before the Court on the following:

1. Plaintiff's Motion for Payment of Rents (Doc. 23), filed May 20, 2013;

2. Defendants', IPRO Properties, Inc., Hemant R. Desai, and Paresha H. Desai['s,] Response to Plaintiff's Motion for Payment of Rents (Doc. 29), filed July 1, 2013; and

3. Joint Stipulation for Agreed Order Granting PNC Bank, N.A.'s Motion for Payment of Rents (Doc. 33), filed July 11, 2013.

Defendants own a mortgaged property in Volusia County, Florida. (Doc. 10, ¶ 13.) Plaintiff is the mortgage holder. (*Id.* ¶ 12.) Defendant IPRO Properties, Inc. ("IPRO") assigned Plaintiff all rents from the property in the event of default. (Doc. 10-9, ¶¶ 1(d), 19.) Plaintiff alleges that Defendants defaulted on the mortgage. (*Id.* ¶ 15.) Plaintiff filed suit, pursuant to diversity jurisdiction, to foreclose on the mortgage and for other damages. (*Id.* ¶¶ 21–43.) Plaintiff then moved the Court to enter an order enforcing the assignment of rents. (Doc. 23.) Florida Statutes § 697.07 provides that the assignment of rents is enforceable by a court upon the mortgagor's default and the

mortgagee's demand for payment. Defendants do not oppose the motion (Doc. 29), and the parties entered a joint stipulation on the matter (Doc. 33).

Having reviewed the parties' stipulation, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Motion for Payment of Rents (Doc. 23) is **GRANTED**.

2. Defendant IPRO Properties, Inc. is **DIRECTED** to pay to Plaintiff all net rents in its possession, custody, or control as they become due from the date of entry of this Order and continuing on a month-to-month basis throughout the pendency of this action.

3. Defendant IPRO Properties, Inc. is **DIRECTED** to provide Plaintiff with copies of all leases in effect and full access to rent information upon reasonable demand by Plaintiff and in conformance with the loan documents.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 15, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record